AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:20-mj-00210 |
| | ) | Assigned to: Judge G. Michael Harvey |
| JAMES COLEMAN | ) | Assign Date: 10/21/2020 |
| ▮▮▮▮▮▮▮▮▮▮ | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  June 29, 2020 -- July 13, 2020  in the county of _____ in the
_____ District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1591(a); | Sex trafficking of a minor by force, fraud, or coercion ; |
| 18 USC §1594 | Conspiracy to sex trafficking of persons |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF OFFENSE

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Bryan M. Mancuso, Detective, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 21st day of October, 2020

Date:  10/21/2020

_____
*Judge's signature*

City and state:   Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*