UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,                               CRIMINAL NO. 21cr210

v.                                          HON. Randolph D. Moss

D-1 James Coleman,

        Defendant.

_____/

### Order Regarding
### Evidence Review in FBI Facility

This matter coming before the court on April 28, 2021, and on the stipulation of the parties, it is hereby **ORDERED**:

- Counsel for the United States will arrange for a mutually convenient date and time for defense counsel to review evidence that is considered child pornography under 18 U.S.C. § 2256 with the defendant;

- The review shall take place at the Washington Field Office FBI facility;

- The United States Marshals shall release the defendant to FBI custody for several hours for this purpose with the understanding that he will be checked back in to United States Marshals custody at the end of the evidence review and that he will only be taken to the Washington Field Office and then returned to the DC Jail;

- Pursuant to 18 U.S.C. § 3509(m), a federal agent must be in custody of the material at all times. In order to respect the attorney/client relationship, defense counsel and government counsel will discuss and agree upon a protocol for the physical location of the laptop and the agent during the review.

IT IS SO ORDERED.

_____
Honorable Randolph D. Moss,
United States District Court Judge

Date:_____