Leave to file GRANTED
*Randolph D. Moss*
RANDOLPH D. MOSS   DATE 4/11/23
United States District Judge

To the Honorable Judge Moss

I am writing this letter because I would like to see you in person please. I have asked for rescintion of my plea and I believe that things were to be discussed, yet, I have heard nothing from anybody. I wrote you a letter 3 months ago asking to be seen yet my lawyer said that you haven't placed it on the dockett so that means you probably haven't recieved and/or read it yet. I rarely have the time to speak to my lawyer because he has a busy schedule and the fact that its costly calling him from this Jail. The rule that I looked up to rescind my plea said I have to give reasons why so I will do so incase I don't have the time to convey these things to my lawyer. 1: Mental health, I have been a mental health patient my whole life and have always struggled with it. This is a factor because facing this amount of time is intimidating and very depressing and I struggled with impulsivity, depression, axiety, Adhd, Add, PtsD, bipolar. I didn't want to take the plea deal but I was urged by not only my lawyer my family but circumstances around my incarceration that I will get too next against my will. I have also not been recieving my medicine until recently so I can think and understand and feel differently and I would like to fight for my freedom considering the amount of time of jailtime I am facing being as though it is very life altering. 2: Covid-19, I have caught Covid 3 different times causing me to be locked up with no rec. for days on end further adding to my mental instability and mental stress. I even had to be taken to an outside hospital because it was so severe and my records should show this. 3: Lawyer Access, I have not →

Had proper access to my lawyer or to an adequate law library being as though I have been shipped to 4 different institutions in 2 yrs and the fact that I'm always on quarantine from catching covid so much. I haven't had time to look at all the facts of the case because of the sensitive nature I would have to go to the FBI building and that is time consuming because I'm not in DC so it 2-3 hours daily which would cause an inconveince with all sides. I have asked many times to be moved closer to DC. So I can properly research my case to no avail and I find this a violation of my due process. Also during court one day you said you can order them to let me talk to my lawyer and the Jail still has not complied they continue to charge me 5$ to speak to my lawyer but that addes up when I be needing 1 hour a day thats atleast 20$ a session and 150$ a week and 600$ a month that is expensive I don't have that type of money nor does my family that is why I asked to be moved to Alexandria Jail or Chesapeake detention facility or even back to DC jail or to ctf or even to upper marlboro maryland so I can fight my case which is my right as the defendant in this case. I have seen other inmates moved from this exact Jail and I am still stuck here I don't believe I should be here I wish to fight my case. So, can I please have a face to face status hearing to discuss certain things please I would also like to fight my search warrant one more time there are some new details that I think should be pointed out that may help my case. I apologize If I am writing too many letters but I honestly have a hard time researching my case or speaking to my lawyer the laws I have found I have asked other inmates about or they looked things up on google to help me. I am also pleading for help I can't fight my case from here or like this in this jail I barely rarely here from my lawyer and I never see him the charge that carries the most time the 15yr mandatory I believe is not correct but I would have to go to the FBI video building to view it and I haven't been able to here can I please be allowed an oppurtunity to fight my case I would like to go to Trial!

*[Margin note, right side:]* As you can see I had somebody write on the envelope for me because I don't know If the letters been reaching you or I had the address wrong.