United States District Court

For the District of Columbia

United States of America

v.    Criminal Case No. 21-cr-210-RDM

James Coleman

MOTION TO WITHDRAW AS COUNSEL OF RECORD

&

Motion for Ascertainment of Counsel

Now comes Kevin J. Mccants, moving to withdraw from this above-captioned case due to personal and professional reasons including health concerns, Counsel is withdrawing immediately from all his cases.  Counsel would also have a conflict if not allowed to withdraw from case.  Counsel seeks to have new Counsel appointed for sentencing.

Respectfully submitted,

Dated: 1/18/24

/s/Kevin J. McCants (493979)

601 Pennsylvania Avenue, NW

Suite 900

Washington, DC 20004

202.459.4676

CERTIFICATE OF SERVICE

I, KJ McCants, attest that a true copy of the attached MOTION TO WITHDRAW AS COUNSEL & MOTION FOR ASCERTAINMNET OF COUNSEL was served on the assigned prosecutor, Meredith Dempsey was served by ECF filing on this 18th day of January, 2024.

/s/Kevin J. McCants